FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 JAN 14 AM 11: 44

DISTRICT OF UTAH

Stephen W. Rupp, Trustee (2824)
**McKAY, BURTON & THURMAN**
170 South Main Street, Suite 800
Salt Lake City, Utah 84101
Telephone: (801) 521-4135
Fax No. (801) 521-4252

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | : Bankruptcy No. 08-27202 RKM |
| --- | --- |
| | (Chapter 7) |
| CRISANTO M. MOLINA and | : |
| MARIJOY Q. MOLINA, | |
| Debtors. | : |

### NOTICE OF PAYMENT OF UNCLAIMED FUNDS INTO THE
### UNITED STATES BANKRUPTCY COURT REGISTRY

The duly-appointed and acting Trustee in this matter, pursuant to Rule 3011, Rules of Bankruptcy Procedure hereby gives notice of funds paid into the United States Bankruptcy Court registry and represents to the Court that:

1. On September 23, 2009, the following check was issued in the following amount:

| **Check #** | **Creditor & Address** | **Check Amount** |
| --- | --- | --- |
| 1001 | Crisanto M. Molina<br>Marijoy Q. Molina<br>3027 South Lake Meadow Drive<br>West Valley City, UT 84120 | $ 809.36 |

2. The above check has never been cashed. A "Stop Payment" has been issued by the Trustee.

3. The unclaimed funds are on deposit at JPMorgan Chase Bank, Account No. 312230866065.

4. The last known name and address of the payee to which the check was



2

sent is listed above.

5.  A check in the amount of $809.36, representing said unclaimed funds, has been made payable to the Clerk of the U.S. Bankruptcy Court for the District of Utah and is attached hereto.

DATED this ___14___ day of January, 2010.

McKAY, BURTON & THURMAN

By _____
   Stephen W. Rupp, Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was mailed, postage prepaid, on the __14__ day of January, 2010, to the following:

U.S. Trustee's Office
405 South Main Street, Suite 300
Salt Lake City, UT 84111

Paul Duane Benson
2650 Washington Blvd., Suite 101
Ogden, UT 84401

ka\pl\molina.unc